IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:10-CR-247-WKW |
| | ) | |
| MICHAEL DAVID FAULK | ) | |

## **ORDER**

Upon consideration of the Government's Motion to Dismiss Defendant from Forfeiture Allegation-1 (Doc. # 61), it is ORDERED that the motion is GRANTED and that Defendant Faulk is DISMISSED from Forfeiture Allegation-1 of the December 15, 2010 Indictment (Doc. # 1).

DONE this 17th day of October, 2011.

                                            /s/ W. Keith Watkins
                                    CHIEF UNITED STATES DISTRICT JUDGE